# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHEN PRICE, | * |
| Plaintiff | * |
| v. | * Civ. No.: MJM-22-541 |
| BOARD OF EDUCATION OF HOWARD COUNTY, | * |
| Defendant. | * |

## ORDER

For the reasons stated in the foregoing Memorandum, it is this  31st  day of March, 2025, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Plaintiff's Motion for Leave to Amend (ECF 64) is DENIED;

2. Plaintiff's Motion to Strike Defendant's Affidavits (ECF 69) is DENIED;

3. Plaintiff's Motion for Leave to File a Surreply (ECF 73) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF 66) is GRANTED; and

5. The Clerk shall CLOSE the case.

Matthew J. Maddox
United States District Judge